**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHISEIDO AMERICAS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>*Defendants*. | CIVIL ACTION NO. 1:21-cv-03075<br><br>JURY TRIAL DEMANDED |

**SCHEDULE OF AMOUNTS FROZEN**

| No. | Defendant Name / Alias | Amount Frozen |
|---|---|---|
| 1 | 1000thingsaus | $0.00 |
| 2 | Blessmyheart_1249 | $0.00 |
| 3 | Maccosmeticsoutlet.com | $0.00 |
| 4 | Cheresse666 | $0.00 |
| 5 | Dennyshop07 | $0.00 |
| 6 | www.maccosmeticstoreonline.com | $0.00 |
| 7 | Esmart_technology | $93.73 |
| 8 | Game_of_Thrones | $7.14 |

| No. | Defendant Name / Alias | Amount Frozen |
|---|---|---|
| 9 | Fashion Kingdom / Dear_friend888 | $0.41 |
| 10 | Angel979 | $0.90 |
| 11 | Tulip568 | $0.60 |
| 12 | Carrie233 | $16.30 |
| 13 | Sweet_smile888 | $0.43 |
| 14 | A_selena | $1,197.53 |
| 15 | Purple_roses | $0.97 |
| 16 | Cgtang_430 | $424.25 |
| 17 | Goddess_wang | $0.29 |
| 18 | Givenzeng | $1,993.61 |
| 19 | Goddare | $32.46 |
| 20 | Merkdonw17 | $0.00 |
| 21 | A_selena | $0.00 |
| 22 | Addy88 Hudabeauty | $416.57 |
| 23 | Beauty hair products (Kuaying518) | $2,462.38 |

| No. | Defendant Name / Alias | Amount Frozen |
|---|---|---|
| 24 | Health_makeup | $2,238.15 |
| 25 | Makeup_yin | $1,067.30 |
| 26 | John_rui | $1,525.50 |
| 27 | Music_dream | $452.81 |
| 28 | Anastasia123 | $298.77 |
| 29 | Beautymall8515 | $492.80 |
| 30 | Matata | $68.69 |
| 31 | Bettermall | $2,568.28 |
| 32 | Amy_beauty | $889.73 |
| 33 | Hmyzs808 | $23.58 |
| 34 | Hope13 | $1,297.37 |
| 35 | Happy_mei8 | $0.25 |
| 36 | Happy_xinxin | $0.28 |
| 37 | Youmvp | $43.38 |
| 38 | CC12345678cc | $23.04 |

| No. | Defendant Name / Alias | Amount Frozen |
|---|---|---|
| 39 | Jiangzy127 | $23.06 |
| 40 | La_chance | $0.00 |
| 41 | May_88 | $0.00 |
| 42 | Happybags856 | $167.14 |
| 43 | Hmy808 | $0.00 |
| 44 | Cosmetic_beauty | $0.09 |
| 45 | Madeinchina_makeup | $38.43 |
| 46 | Altony_all | $8.74 |
| 47 | Amy Makeups&skin Care Tools | $3,130.57 |
| 48 | Dhgate Makeup | $877.73 |
| 49 | Brand_hall | $2,573.80 |
| 50 | Gdeal | $1,419.76 |
| 51 | Elcote Make-up Store | $2,239.38 |
| 52 | Kuco Make-up Store | $3,791.27 |
| 53 | Shop910689030 Store | $424.62 |
| 54 | Sadamen888 | $0.02 |

| No. | Defendant Name / Alias | Amount Frozen |
|---|---|---|
| 55 | DHGate9000 | $0.08 |
| 56 | DHGate1998 | $0.78 |
| 57 | Famousmakeup | $85.54 |
| 58 | DHBeauty1 | $2,524.56 |
| 59 | Makeupbrand | $0.61 |
| 60 | Donnakaran | $12.03 |
| 61 | Arumi | $58.51 |
| 62 | Air11 | $1,402.60 |
| 63 | Lucy1999 Store | $43.88 |
| 64 | Shop5891160 Store | $60.15 |
| 65 | Original-beauty Store | $58.23 |
| 66 | Beautyisland Store | $225.35 |
| 67 | Lucy Makeup Store | $189.26 |
| 68 | Happy_mei | $0.82 |

Dated: August 13, 2021

    */s/ Mark Ratway*
**Shima S. Roy**
shima.roy@bakermckenzie.com
**BAKER & McKENZIE LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-861-2899

**Dyan M. House** *(*admitted *pro hac vice*)
dyan.house@bakermckenzie.com
**Mark T. Ratway** (admitted *pro hac vice*)
mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas, 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

ATTORNEYS FOR PLAINTIFF,
SHISEIDO AMERICAS CORPORATION